UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILOMENA G. MCGEE and DONALD M. BIRD,<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY MANSFIELD, et al.,<br><br>Defendants. | No. 2:21–cv–2216–KJM–KJN PS<br>No. 2:22–cv–1456–KJM–KJN PS<br><br>ORDER<br><br>(ECF No. 25.) |

The court previously ordered plaintiffs pay a $500 sanction by December 1, 2022.[1] Plaintiffs responded with a demand for a settlement conference. (ECF No. 25.) The court does not set settlement conferences without the consent of all parties. Therefore, plaintiffs' request is DENIED. Plaintiffs' filing does not excuse the requirement that they pay the $500 sanction as previously instructed. After the sanction has been paid, the court will lift the stay and order a response from defendant Mansfield. Failure to pay the sanction will result in a recommendation that plaintiffs' cases be dismissed.

Dated: November 16, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mcgee.2216

---

[1] Plaintiffs proceed without assistance of counsel in this action. Thus, this case was referred to the undersigned per Local Rule 302(c)(21). See 28 U.S.C. § 636; Fed. R. Civ. P. 72.

1