UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILOMENA G. MCGEE and<br>DONALD M. BIRD,<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY MANSFIELD, et al.,<br><br>Defendants. | No. 2:21-cv-2216-KJM-KJN PS<br>No. 2:22-cv-1456-KJM-KJN PS<br><br>ORDER<br><br>(2:21-cv-2216 at ECF No. 28.)<br>(2:22-cv-1456 at ECF No. 15.) |

On December 5, 2022 the magistrate judge filed findings and recommendations (2:21-cv-2216 at ECF No. 28; 2:22-cv-1456 at ECF No. 15), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On December 13, 2022 plaintiffs filed objections to the findings and recommendations (2:22-cv-1456 at ECF No. 16), which have been considered by the court.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis, including the magistrate judge's analysis of the *Ferdik* factors. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) (invoking Fed. R. Civ. P. 4(b) in discussing standards applicable to dismissal for failure to comply with a court order).

/////

1

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations (2:21-cv-2216 at ECF No. 28; 2:22-cv-1456 at ECF No. 15) are ADOPTED IN FULL;

2. Plaintiff's cases are DISMISSED WITH PREJUDICE as a sanction under Rule 11 and the court's inherent power; and

3. The Clerk of the Court is directed to CLOSE these cases.

DATED: January 24, 2023.

CHIEF UNITED STATES DISTRICT JUDGE